## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 25-CV-22750-TORRES

MELISSA MARIT ARTAYETA, INDIVIDUALLY
AND ON BEHALF OF HER MINOR CHILD,

     Plaintiff,

v.

THE SCHOOL BOARD OF MIAMI-DADE COUNTY, *et al.*,

     Defendants.

_____/

### ORDER ON MOTION TO PERMIT ELECTRONIC FILINGS

This cause comes before the Court on Plaintiff's Motion to Permit Electronic Filings. [D.E. 31].

Critically, no portion of our Local Rules permit pro se Plaintiffs to file documents electronically. Indeed, the Local Rules consistently require pro se Plaintiffs to file documents conventionally—not electronically. *See* Section 2C, CM/ECF Administrative Procedures ("Pro se litigants will not be permitted to register as Users at this time and must file their documents in the conventional manner."). Accordingly, because the Court lacks authority to permit the pro se Plaintiff to electronically file documents, Plaintiff's Motion is **DENIED**.

Plaintiff can, however, consent to receive electronic notice of all filings. *See* https://www.flsd.uscourts.gov/forms/all-forms/pro_se_forms . But Plaintiff is not, and cannot be, permitted to file documents electronically.

1

**DONE and ORDERED** in Chambers at Miami, Florida this 27th day of

August, 2025.


/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge